

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00133-CV

**IN THE MATTER OF S.T.**,

From the County Court at Law, Starr County, Texas
Trial Court No. JV-17-035
Honorable Romero Molina, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court